**No. 60239.**—Scovill Manufacturing Co. *v.* United States, protests 221787–K and 223329–K (Bridgeport).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of brass shells similar in all material respects to those the subject of Abstract 59805, the claim of the plaintiff was sustained.

**No. 60240.**—Kawahara Company et al. *v.* United States, petitions 7131–R, etc. (Honolulu, T. H.).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that "the facts and circumstances surrounding the importation, entry, appraisement and intention of the importers were in all material respects the same in these cases as in *Susuki* v. *United States*, Abstract 59927," the petitions were granted, the court holding that there was no intent to defraud the Government or to deceive its officials.